# United States District Court
# For The Western District of North Carolina
# Asheville Division

Marco Bautista-Lopez,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:06cv166

Theodis Beck,
Secretary of the Department of Correction,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/13/2008 Order.

February 14, 2008　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　　　　s/Joan Gosnell
　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　Joan Gosnell, Deputy Clerk